UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DANE NORFORD,

                     Defendant.

23-CR-221 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Honorable Paul A. Engelmayer, United States District Judge, orders as follows:

The Government and Defense have agreed to conditions of release for Dane Norford. The Court adopts them, and bail is **GRANTED**.

The Defendant Dane Norford will be released today on his signature. He must also comply with the following conditions:

1. The Defendant must execute a $50,000 bond co-signed by two Financially Responsible Persons. The bond is to be co-signed by Thursday, August 10, 2023.

2. The Defendant shall be placed under home detention to be enforced by location monitoring technology to be determined by the U.S. Probation Office. The Defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance use disorder, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as preapproved by the U.S. Probation Officer.

3. The Defendant is permitted to self-install the monitoring equipment under the direction and instruction of the U.S. Probation Office.

4. The Defendant must comply with all the current mandatory, standard, and special conditions of his supervised release.

5. The Defendant's travel is restricted to the Southern and Eastern Districts of New York.

6. The Defendant must comply with the valid temporary order of protection and stay from any alleged victims in this case.

    The Clerk of Court is requested to terminate the motion at Dkt. No. 7.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 3, 2023
       New York, New York