

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 11, 2025

**BY ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Dane Norford*, 23 Cr. 221 (PAE)

Dear Judge Engelmayer:

    The Government respectfully writes, after conferring with defense counsel and the Probation Office, in order to provide a status update in the above-referenced matter.

    The Government understands that the New York state criminal charges underlying the alleged violations of the terms of the defendant's supervised release are still pending. Based on communications with the state prosecutor, the Government further understands that trial is scheduled in that matter for April 21, 2025, though the state prosecutor anticipates that one further adjournment of that trial date is likely.

    Accordingly, the parties respectfully request the opportunity to submit a further status update after April 21, 2025. The Government also understands that the parties will appear before the Court on Thursday, March 13, 2025, to address the defendant's compliance with the terms of his release.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney for the
    Southern District of New York

By: *[signature]*
    Alexandra S. Messiter
    Assistant United States Attorney
    (212) 637-2544

Cc: Ian Marcus Amelkin, Esq. (by ECF and email )
    Probation Officer Kyro King (by email)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 35.

SO ORDERED.

3/12/2025

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge