UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　v.<br><br>DANE NORFORD,<br><br>　　　　　　　　Defendant. | **ORDER**<br><br>23-CR-221 (PAE) |

The Honorable Paul A. Engelmayer, United States District Judge, orders as follows:

The conditions of release for defendant Dane Norford are hereby amended to include that home detention is to be enforced by location monitoring technology to be determined by the U.S. Probation Office.

In addition, the following existing conditions of release are to remain in place:

1. All the current mandatory, standard, and special conditions of the defendant's supervised release.

2. A $50,000 bond co-signed by two Financially Responsible Persons.

3. Travel is restricted to the Southern and Eastern Districts of New York.

4. The Defendant must comply with the valid temporary order of protection and stay away from the alleged victim in the New York state case, *see People v. Norford*, Ind. 72117-23.

SO ORDERED:

Dated:　　New York, New York
　　　　　March  14 , 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF NEW YORK