**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 14, 2025

**BY ECF**

The Honorable Paul A. Engelmayer
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   **United States v. Norford**
           **23 Cr 221 (PAE)**

Dear Judge Engelmayer:

    I write to respectfully request the Court remove Mr. Norford's bail condition of home detention enforced by electronic monitoring. Neither Probation nor the Government object to this request. Mr. Norford has two jobs, neither of which are entirely stationary. Also, one of his jobs requires four overnight shifts per week. Given the nature of his work which makes electronic monitoring difficult for Probation, the length of time he has been subject to home detention, and the parties agreement that this condition is no longer necessary, the defense respectfully requests the Court so order this letter. Thank you for the Court's consideration.

Respectfully submitted,

/s/

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:    AUSA Alexandra Messiter, Esq.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 40.

SO ORDERED.

5/14/2025

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge