```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   23 CR 221-01 (PAE)
     -against-                           ORDER
                                     :
Dane Norford                         :
                                     :
     Defendant                       :
                                     :
-------------------------------------X
```

Paul A. Engelmayer, United States District Judge:

It is hereby ORDERED that Dane Norford participate in an outpatient mental health treatment program approved by the United States Probation Office. He must continue to take any prescribed medications unless otherwise instructed by the health care provider. He must contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence investigation report, to the health care provider.

    Dated: New York, New York
          May 14, 2025

                                        SO ORDERED:

                                        *Paul A. Engelmayer*
                                        Paul A. Engelmayer,
                                        U.S. District Judge