UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DANE NORFORD,

Defendant.

23-CR-221 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The Government shall produce any Jencks Act material by **June 1, 2026**.

- The Government's pre-hearing letter is due **June 8, 2026**. This letter should set out the Government's anticipated evidence at the evidentiary hearing and the legal standards governing the violation specifications.

- The defense's response is due **June 11, 2026**.

- An evidentiary hearing is scheduled on the eight outstanding specifications for **June 15, 2026** at **9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 19, 2026
       New York, New York